## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ABRREA EVANS,

    Plaintiff,

v.                                                    CASE NO. 8:21-cv-532-WFJ-AEP

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER

Before the Court is the Commissioner's Unopposed Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Dkt. 15).  Plaintiff does not object to the relief requested.  For the reasons stated in the motion, particularly for the purpose of correcting and finalizing the administrative record, it is **ORDERED** as follows:

(1) The unopposed motion to remand (Dkt. 15) is **granted**.

(2) Pursuant to sentence six of 42 U.S.C. § 405(g), the case is remanded to the Commissioner of Social Security for further administrative proceedings consistent with the reasons stated in the motion.

(3) The Clerk is directed to administratively close the case until further order of the Court, and the Court shall retain jurisdiction of the case

during the period of remand.  The parties are directed to file a motion to reopen the case when appropriate.

**DONE AND ORDERED** at Tampa, Florida, on August 24, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of Record