# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ABRREA EVAN,

    Plaintiff,

v.                                                                                      Case No. 21-cv-532-WFJ-AEP

MARTIN O'MALLEY,
Commission of Social Security,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's unopposed motion to reopen the case after sentence six remand pursuant to 42 U.S.C. § 405(g) and affirm the Commissioner's final decision (Dkt. 17). United States Magistrate Judge Porcelli issued a report recommending the motion be granted (Dkt. 18). After an independent review of the file, the Court rules as follows:

1. The report and recommendation (Dkt. 18) is approved, confirmed, and adopted in all respects and is made a part of this order.

2. The Commissioner's unopposed motion to reopen the case and affirm the Commissioner's final decision fully favorable to Plaintiff (Dkt. 17) is **GRANTED**.

3. The Clerk is directed to **reopen** this case from stayed and administratively closed status.

4. The Commissioner's fully favorable decision issued after the remand order (Dkt. 17-1) is **AFFIRMED**.

5. The Clerk is directed to enter final judgment in favor of Plaintiff (that affirms the Commissioner's decision) and **close** this case.

**DONE AND ORDERED** at Tampa, Florida, on June 4, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record